**ORDER**

PELLETTIERI, RABSTEIN AND ALTMAN
989 Lenox Drive, Suite 101
Lawrenceville, New Jersey 08648
609-520-0900
Attorneys for Plaintiffs, James Harvey and Kelly Harvey, his wife

| | |
|---|---|
| JAMES HARVEY and KELLY HARVEY, <br><br> Plaintiff(s) <br><br> vs. <br><br> ITW FOOD EQUIPMENT GROUP, LLC; BJ'S WHOLESALE CLUB (for discovery only); ABC, INC. (1-10); XYZ, INC. (1-10); JOHN DOE (1-10) and RICHARD ROE (1-10), said names ABC, Inc., XYZ, Inc., and John Doe and Richard Roe being fictitious, jointly, individually, and in the alternative, <br><br> Defendant(s) | CIVIL ACTION NUMBER: 2:20-cv-20194-BRM-JAD <br><br><br> **VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Plaintiffs, having made an informed and independent decision to dismiss the above-captioned lawsuit with prejudice, and Plaintiffs having notified their counsel, Pellettieri Rabstein & Altman, and Defendants having been informed of the above and having consented hereto, it is hereby stipulated and agreed that the Complaint and all cross-claims are hereby dismissed with prejudice and without costs against any party.

THOMAS R. SMITH, ESQUIRE
*Attorney for Plaintiffs, James Harvey and Kelly Harvey, his wife*

RICCARDO M. DeBARI, ESQUIRE
*Attorney for Defendant, ITW FOOD EQUIPMENT GROUP LLC*

JOHN M. WUTZ, ESQUIRE
*Attorney for Defendant, BJ's WHOLESALE CLUB LLC*

**SO ORDERED.** This matter shall be marked CLOSED.

Date: May 25, 2021

*/s/Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**United States District Judge**

I, James Harvey, Plaintiff in the above-captioned matter, HARVEY et al v. et al., ITW FOOD EQUIPMENT GROUP, LLC, Case No. 2:20-cv-20194-BRM-JAD, acknowledge that I have discussed the voluntary withdrawal of this matter with the firm of Pellettieri, Rabstein & Altman law thoroughly. Accordingly, I hereby authorize the withdrawal of this lawsuit. I understand that this withdrawal will end the case and that the case can never be re-filed, and that withdrawal ends the matter forever.

_____  4/25/2021
JAMES HARVEY                Date

I, Kelly Harvey, Plaintiff in the above-captioned matter, HARVEY et al v. et al., ITW FOOD EQUIPMENT GROUP, LLC, Case No. 2:20-cv-20194-BRM-JAD, acknowledge that I have discussed the voluntary withdrawal of this matter with the firm of Pellettieri, Rabstein & Altman law thoroughly. Accordingly, I hereby authorize the withdrawal of this lawsuit. I understand that this withdrawal will end the case and that the case can never be re-filed, and that the withdrawal ends the matter forever.

_____  4/19/21
KELLY HARVEY                Date